JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN FIGUEROA, | Case No. 2:12-cv-01724-SJO-MLG |
| Plaintiff, | |
| v. | ORDER RE: JOINT STIPULATION FOR DISMISSAL |
| BASK LLC dba DENNY'S #7656 and ORANGETHORPE LLC, | |
| Defendants. | |

Upon consideration of the Joint Stipulation submitted by plaintiff Edwin Figueroa and defendants Bask LLC and Orangethorpe LLC, and finding good cause therefor,

IT IS HEREBY ORDERED that the claims of Plaintiff in the above-captioned civil action are dismissed with prejudice, and Plaintiff's complaint is dismissed with prejudice, pursuant to Fed. R. Civ. P. 41(a)(2), each party to bear their own legal fees, litigation expenses and costs.

Dated: June 1, 2012.

*S. James Otero*

United States District Judge